# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS (SPRINGFIELD)

| | |
|---|---|
| IN RE:<br><br>Joey A. Saalfrank, and Jennifer M. Saalfrank,<br><br>Debtors | Case No. 18-30224-EDK<br>Chapter 7 |

## STIPULATION ON FREEDOM MORTGAGE CORPORATION MOTION FOR RELIEF FROM STAY
### (DOCKET NO. 22)

Now comes Freedom Mortgage Corporation and Joey A. Saalfrank and Jennifer M. Saalfrank ("Debtors"), who stipulate as follows:

1. The parties agree that the Freedom Mortgage Corporation's Motion for Relief from Automatic Stay [Docket No. 22] may be granted effective thirty (30) days from the date of this agreement.

Agreed to on this 28th day of August, 2018.

| Freedom Mortgage Corporation,<br>By its attorney, | Steven Weiss, Chapter 7 Trustee, |
|---|---|
| /s/ Jason J. Giguere<br>Jason J. Giguere, Esquire<br>BBO# 667662<br>Harmon Law Offices, P.C.<br>PO Box 610389<br>Newton Highlands, MA 02461<br>(617)558-0500<br>mabk@harmonlaw.com | /s/ Steven Weiss<br>Steven Weiss, Esq.<br>BBO # 545619<br>Shatz, Schwartz, and Fentin, P.C.<br>1441 Main Street<br>Springfield, MA 01103<br>Phone: (413) 737-1131<br>Fax : (413) 736-0375<br>Email: sweiss@ssfpc.com |

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS (SPRINGFIELD)

| | |
|---|---|
| IN RE:<br><br>Joey A. Saalfrank, and Jennifer M. Saalfrank,<br><br>Debtors | Case No. 18-30224-EDK<br>Chapter 7 |

## CERTIFICATE OF SERVICE

I, Jason J. Giguere, state that on August 28, 2018, I electronically filed the foregoing document with the United States Bankruptcy Court for the District of District of Massachusetts on behalf of Freedom Mortgage Corporation using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

Eric Kornblum
Mitchell J. Levine
Steven Weiss
Richard T. King

I certify that I have mailed by first class mail, postage prepaid, the documents electronically filed with the Court on the following non CM/ECF participants:

Joey A. Saalfrank
24 Middlefield Road
Chester, MA 01011

Joey A. Saalfrank
216A Norwich Lake
Huntington, MA 01050

Jennifer M. Saalfrank
24 Middlefield Road
Chester, MA 01011

Jennifer M. Saalfrank
216A Norwich Lake
Huntington, MA 01050

Admirals Bank
200 Clarendon St., Floor 22
Boston, MA 02116

Chester Tax Collector
203 Middlesex Ave.
Chester, CT 06412-0314

                         Respectfully submitted,

                         Freedom Mortgage Corporation,
                         By its attorney,

                         /s/ Jason J. Giguere
                         Jason J. Giguere, Esquire
                         BBO#  667662
                         Harmon Law Offices, P.C.
                         PO Box 610389
                         Newton Highlands, MA 02461
                         (617)558-0500
                         mabk@harmonlaw.com

Dated: August 28, 2018